IN THE COMMONWEALTH COURT OF PENNSYLVANIA

John Albrecht, individually and on   :
behalf of all others similarly situated,   :
            Appellant   :
  :
        v.   :    No. 630 C.D. 2016
  :
UGI Storage Company   :

# **O R D E R**

NOW, May 19, 2017, having considered appellant's application for reargument and appellee's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge